# ROSNER NOCERA & RAGONE, LLP

ELIOT L. GREENBERG
PARTNER
EGREENBERG@RNRLAWGROUP.COM

ATTORNEYS AT LAW
61 BROADWAY
SUITE 1900
NEW YORK, N.Y. 10006-2706

PHONE: 212-635-2244
FACSIMILE: 212-635-0533

NEW JERSEY OFFICE
4105 U.S. HIGHWAY 1
SUITE 16
MONMOUTH JUNCTION, N.J. 08852-2157
PHONE: 609-520-9060
FACSIMILE: 609-520-9407

Honorable P. Kevin Castel, U.S.D.J.
United States District Court
500 Pearl Street
New York, New York 10007

Re:   StarNet Insurance Company a/s/o Todd Merrill
and Associates, Inc. v. Hedley's Inc.
Case No. 1:15-cv-07608-PKC

Dear Judge Castel:

My firm represents the plaintiff in the above referenced litigation. It is respectfully requested that the Case Management Conference scheduled on Monday January 4, 2016 at 3:00 p.m. be briefly adjourned since the defendant has not yet retained counsel. This morning I discussed this case with the defendant's insurance representative and was assured that counsel will be retained next week. There was one prior request for an adjournment that was granted by the Court. All parties consent to the adjournment request.

Thank you for your consideration. If you have any questions, please contact me.

Respectfully submitted,

ROSNER NOCERA & RAGONE, LLP

By: _____
Eliot L. Greenberg

cc.

Mr. Tully Hedley (via email)

Mr. Claude Pettis (via email)