# ROSNER NOCERA & RAGONE, LLP

ELIOT L. GREENBERG
PARTNER
EGREENBERG@RNRLAWGROUP.COM

ATTORNEYS AT LAW
61 BROADWAY
SUITE 1900
NEW YORK, N.Y. 10006-2706

NEW JERSEY OFFICE
4105 U.S. HIGHWAY 1
SUITE 16
MONMOUTH JUNCTION, N.J. 08852-2157
PHONE: 609-520-9060
FACSIMILE: 609-520-9407

PHONE: 212-635-2244
FACSIMILE: 212-635-0533

January 20, 2016

Honorable P. Kevin Castel, USDCJ
United States District Court
500 Pearl Street
New York, New York 10007

Re: StarNet Insurance Company a/s/o Todd Merrill
and Associates, Inc. v. Hedley's Inc.
Case No. 1:15-cv-07608-PKC

Dear Judge Castel:

My firm represents the plaintiff in the above referenced litigation. It is respectfully requested that the Case Management Conference scheduled on Friday January22, 2016 be briefly adjourned since I have a long standing conflict concerning a matter pending in the Superior Court of New Jersey. I advised the Court of this conflict when the Case Management Conference was rescheduled and was instructed to put my request for a new date in writing. Defendant has recently appeared and consents to the request.

Thank you for your consideration. If you have any questions, please contact me.

Respectfully submitted,

ROSNER NOCERA & RAGONE, LLP

By: _____
Eliot L. Greenberg

ELG/eb
cc: John Eric Olson, Esq.